IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DUSTIN CARTER,

    Plaintiff,

v.

DEPUTY JASON FONDREN, and
CORPORAL HYNKO,

    Defendants.

CIVIL ACTION NO.: 4:22-cv-45

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 17, 2022, Report and Recommendation, (doc. 20), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA